Richard A. Pelley 15732500
PELLEY LAW OFFICES
905 N. Travis Street
Sherman, Texas 75090
(903) 813-4778




UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | |
|---|---|
| NGOC-THANH DINH | CASE NO. 14-40191 |
| DEBTOR(S) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 11-1 AS FILED BY CERASTES IN THE AMOUNT OF $1,714.55**

CAME before the Court for consideration the Debtor(s) Objection to Proof of Claim No. **11-1** As Filed by **CERASTES** in the above –entitled and –enumerated cause, and the Court, after having considered the same and having called for appearances and finding that no appearance was made in response to the objection to the claim, finds that the objection to the claim should be sustained;

IT IS, THEREFORE, ORDERED that Proof of Claim No. **11-1** As Filed by **CERASTES** is disallowed in its entirety.

Signed on2/26/2015

Brenda T. Rhoades MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE